UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JORDAN PETERSON,

                  Petitioner,

v.

JEFFREY A. UTTECHT,

                  Respondent.

No. 3:19-cv-05458-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, has reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record. No objections to the Report and Recommendation were filed. The Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 16).

(2) Petitioner's federal habeas Petition is dismissed with prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 28th day of October, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1